# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AUDREY LUDLUM, individually and for others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>C&I ENGINEERING, LLC,<br><br>        Defendant. | NO: 4:18-CV-5192-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT Is the Parties' Joint Motion For Dismissal With Prejudice and Without the Award of Attorneys' Fees or Costs (ECF No. 34). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that above-entitled action and all causes therein should be dismissed with prejudice and without the award of attorneys' fees or costs to any party. The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, the above-entitled action and all causes therein are **DISMISSED** with prejudice and without the award of attorneys' fees or costs to any party.

All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** September 30, 2019.



*Thomas O. Rice*

THOMAS O. RICE
Chief United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2